# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARY SMITH, INDIVIDUALLY AND
ON BEHALF OF CONCERNED
MEMBERS OF THE LOUISIANA
ASSOCIATION OF THE DEAF,
INC.

NO. 2022 CW 0875

VERSUS

LOUISIANA ASSOCIATION OF THE
DEAF, INC.

**AUGUST 17, 2022**

---

In Re: Louisiana Association of the Deaf, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 690808.

---

BEFORE: McDONALD, McCLENDON, AND HOLDRIDGE, JJ.

**STAY GRANTED; WRIT GRANTED WITH ORDER.** The district court's August 9, 2022 judgment grants mandamus and mandatory injunctive relief. Defendant, Louisiana Association of the Deaf, Inc., is entitled to seek a suspensive appeal therefrom. See **Felix v. St. Paul Fire & Marine Ins. Co.**, 477 So.2d 676, 681 (La. 1985) and **Deshotels v. White**, 2016-0889 (La. App. 1st Cir. 8/16/17), 226 So.3d 1211, writ denied, 2017-1565 (La. 12/5/17), 231 So.3d 628. The district court is instructed to expeditiously grant defendant's motion for suspensive appeal and set the security therefor in accordance with La. Code Civ. P. art. 2124. Enforcement of the district court's August 9, 2022 judgment is stayed pending the grant of the motion for suspensive appeal and setting of the security.

PMc
GH

McDonald, J., concurs in part and dissents in part. I concur with the grant of the writ, but would not issue the stay.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT